IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEPHEN GRABOWSKI III, | § | |
| | § | |
| Defendant Below, | § | No. 195, 2025 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1609006796 (N) |
| | § | |
| Appellee. | § | |

Submitted: June 3, 2025
Decided: June 18, 2025

## ORDER

On May 2, 2025, the appellant filed a notice of appeal from his violation of probation sentencing on January 9, 2025. A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1] Under Supreme Court Rules 6 and 11, a timely notice of appeal would have been filed on or before February 10, 2025. The Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. Postal records reflect that the notice to show cause was delivered on May 21, 2025. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice